IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS V. WALKER, <br>     Petitioner, <br> vs. <br> T. FELKER, Warden, <br>     Respondent. | No. C 06-1828 JSW (PR) <br><br> **ORDER DENYING CERTIFICATE OF APPEALABILITY** <br><br> (Docket Nos. 14, 16) |

    Petitioner, a prisoner of the State of California, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition was denied on its merits. Petitioner has filed a notice of appeal in which he requests a certificate of appealability as well as a request for an extension of time (docket no. 14).

    Upon the filing of a notice of appeal and a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). (citing 28 U.S.C. § 2253(c)(3)). A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, Petitioner's request for a certificate of appealability is DENIED.

    The Clerk of Court shall forward this order, along with the case file, to the

United States Court of Appeals for the Ninth Circuit.  Petitioner may also seek a certificate of appealability from that court.  *See Asrar,* 116 F.3d at 1270.  Petitioner's motion seeking an extension is DENIED as unnecessary (docket no. 14).

    IT IS SO ORDERED.

DATED:  May 26, 2009

                                          JEFFREY S. WHITE
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARQUIS,

        Plaintiff,

  v.

WALKER-V-T. FELKER, WARDEN et al,

        Defendant.

Case Number: CV06-01828 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marquis V. Walker
V15895
P.O. Box 3030
Susanville, CA 96127

Dated: May 26, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk